**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TEXTRON INNOVATIONS INC., § § *Plaintiff*, § § v. § § SZ DJI TECHNOLOGY CO., LTD., § DJI EUROPE B.V., SZ DJI BAIWANG § TECHNOLOGY CO. LTD., and § IFLIGHT TECHNOLOGY COMPANY § LTD. § § *Defendants*. § | Case No. 2:22-CV-00351-RWS-RSP |

## ORDER

Before the Court plaintiff Textron Innovations Inc. and defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., SZ DJI Baiwang Technology Co. Ltd., and iFlight Technology Company Ltd. move for entry of a disputed protective order. Dkt. No. 41. Having considered the motion and the arguments therein, the parties are hereby **ORDERED** to meet and confer and refile a motion for entry of a protective order **by June 2, 2023**, consistent with the following:

1. Defendants' addition to Number 2 of the proposed protective order beginning with "the like shall receive…" is DENIED and shall be removed.

2. Defendants' removal from Number 12(e) of the proposed protective order of "discovery document" is DENIED and shall be included.

3. Defendants' presumptive limit to the reasonable number of printouts and photocopies in Number 12(h) of the proposed protective order is DENIED and shall be removed.

4. Defendants' proposed Number 12(i) of the proposed protective order is DENIED and shall be removed.

1

5. Defendants' removal of language governing transfer of printouts or photocopies back to electronic media is DENIED and shall be included in a manner consistent with Number 10(i) of the Court's standard protective order.

6. Defendants' requested limitation in Number 12(j) of the proposed protective order to prevent any copying of source code into notes is DENIED and shall be removed.

7. Defendants' removal from Number 12(l) of the proposed protective order beginning with "Source Code Material may only be transported electronically…" is DENIED and shall be included.

8. Defendants' requested limitation in Number 13(b) of the proposed protective order limiting access to outside counsel who are Chinese nationals lawfully admitted for permanent residence in Chinese mainland is DENIED and shall be removed. Any other provision of the proposed protective order including such a limitation is also DENIED and shall be removed.

9. Defendants' requested limitation in Number 16 of the proposed protective order beginning with "Without license or permission…" through to the end of Number 16 is DENIED.

**SIGNED this 25th day of May, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE