**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TEXTRON INNOVATIONS, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00351-RWS-RSP |
| | § | |
| SZ DJI TECHNOLOGY CO., LTD., | § | |
| DJI EUROPE B. V., SZ DJI BAIWANG | § | |
| TECHNOLOGY CO. LTD., and | § | |
| IFLIGHT TECHNOLOGY COMPANY | § | |
| LTD., | § | |
| *Defendants.* | § | |

## <u>DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW ATTORNEYS</u>

Defendants, SZ DJI TECHNOLOGY CO., LTD., DJI EUROPE B. V., SZ DJI BAIWANG TECHNOLOGY CO. LTD., and IFLIGHT TECHNOLOGY COMPANY LTD., (collectively "DJI" or "Defendants") file this Unopposed Motion to Withdraw Attorneys and show:

1.      Defendants move the Court to allow the withdrawal of Kenneth R. Adamo, Marc Weinstein, Scott Daniels and Mao Wang of the law firm of XSENSUS, LLP and Thomas E. Bejin and William K. Broman of the law firm of BEJIN BIENEMAN PLC as attorneys of record for Defendants in the above captioned action.

2.      Defendants will continue to be represented in this action by the law firms of PAUL, WEISS, RIFKIND, WHARTON & GARRISON and MT² LAW GROUP – MANN | TINDEL | THOMPSON. Consequently, the grant of Defendants' Motion to Withdraw Attorneys will not delay or prejudice this proceeding or result in Defendants being left without representation in this action.

3.      Defendants also request that Kenneth R. Adamo, Marc Weinstein, Scott Daniels and Mao Wang of the law firm of XSENSUS, LLP and Thomas E. Bejin and William K. Broman of

the law firm of BEJIN BIENEMAN PLC be terminated from the list of attorneys authorized to receive electronic notices in this case pursuant to E.D. TEX. LOC. R. CV-11(e).

4.      Counsel for Plaintiff Textron Innovations, Inc. has been contacted with respect to Defendants' Motion to Withdraw Attorneys and Plaintiff is unopposed to the relief requested in this motion.

PREMISES CONSIDERED, Defendants respectfully request the Court to grant this Unopposed Motion to Withdraw Attorneys and for such other and further relief as the Court deems suitable and just.

Dated: June 7, 2023

Respectfully submitted,

_____

Catherine Nyarady
Lead Attorney
Admitted *Pro Hac Vice*
Katherine B. Forrest
Admitted *Pro Hac Vice*
Kripa Raman
Admitted *Pro Hac Vice*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3295
Fax: (212) 4920295
Email: CNyarady@paulweiss.com
Email: kforrest@paulweiss.com
Email: kraman@paulweiss.com

Kenneth R. Adamo
Texas State Bar No. 00846960
Marc Weinstein
Admitted *Pro Hac Vice*
Virginia Bar No. is 44645

Scott Daniels
Admitted *Pro Hac Vice*
District of Columbia Bar No. 939447
Mao Wang
Admitted *Pro Hac Vice*
Virginia Bar No. 88074
XSENSUS, LLP
100 Daingerfield Road, Suite 402
Alexandria VA 22314
Tel: 571-376-6333
Email: kenneth@kradamo.com
Email: marc.weinstein@xsensus.com
Email: scott.daniels@xsensus.com
Email: john.wang@xsensus.com

Thomas E. Bejin
Admitted *pro hac vice*
Michigan Bar No. P56854
William K. Broman
Admitted *pro hac vice*
Michigan Bar No. P85364
BEJIN BIENEMAN PLC
2000 Town Center, Suite 800
Southfield, Michigan 48075
Tel: (313) 528-4882
Fax: (313) 528-6923
Email: bejin@b2iplaw.com

Andy Tindel
Texas Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:  (903) 596-0900
Fax: (903) 596-0909
Email: atindel@andytindel.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, per E. DIST. TEX. LOC. CT. R. CV-5(a)(3) on this the 7th day of June 2023. Any other counsel of record will be served via electronic transmission.

Andy Tindel

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff on June 7, 2023, regarding the foregoing motion. Counsel for Plaintiff indicated that Plaintiff was unopposed to the relief requested in this motion.

.

Andy Tindel